1   Brent H. Blakely (SBN 157292)
    bblakely@blakelylawgroup.com
2   Cindy Chan (SBN 247495)
    cchan@blakelylawgroup.com
3   BLAKELY LAW GROUP
    915 North Citrus Avenue
4   Los Angeles, California 90038
    Telephone: (323) 464-7400
5   Facsimile: (323) 464-7410

6   *Attorneys for Plaintiff*
    *Deckers Outdoor Corporation*
7

FILED

2012 DEC 28  PM 1:19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11   DECKERS OUTDOOR CORPORATION,   )   CASE NO. CV CV12-11022-GHK (PJWx)
     a Delaware Corporation,         )
12                                    )   **COMPLAINT FOR DAMAGES:**
                      Plaintiff,      )
13          v.                        )   1. **PATENT INFRINGMENT;**
                                      )
14   MINNETONKA MOCCASIN             )   2. **COMMON LAW UNFAIR**
     COMPANY, INC., a Minnesota       )      **COMPETITION**
15   Corporation; and DOES 1-10, inclusive, )
                                      )      **JURY TRIAL DEMANDED**
16                                    )
                      Defendants.     )
17                                    )

18       Plaintiff **Deckers Outdoor Corporation** for its claims against Defendant

19   **Minnetonka Moccasin Company, Inc.** respectfully alleges as follows:

20                      <u>**JURISDICTION AND VENUE**</u>

21       1.     Plaintiff files this action against Defendant for patent infringement arising

22   under the patent laws of the United States.  This Court has subject matter jurisdiction

23   over the claims alleged in this action pursuant to 28 U.S.C. §§ 1331, 1338.

24       2.     This Court has personal jurisdiction over Defendant because Defendant

25   does business within this judicial district.

26       3.     This action arises out of wrongful acts by Defendant within this judicial

27   district and Plaintiff is located and has been injured in this judicial district by

28

1  Defendant's alleged wrongful acts.  Venue is proper in this district pursuant to 28

2  U.S.C. § 1391 because the claims asserted arise in this district.

3                               **THE PARTIES**

4        4.      Plaintiff Deckers Outdoor Corporation ("Deckers") is a corporation

5  organized and existing under the laws of the state of Delaware with an office and

6  principal place of business in Goleta, California.  Deckers designs and markets

7  footwear identified by its famous UGG® trademark and other famous trademarks.

8        5.      Upon information and belief, Defendant Minnetonka Moccasin Company,

9  Inc. is a corporation duly organized and existing under the laws of the State of

10  Minnesota with an office and principal place of business at 1113 East Hennepin

11  Avenue, Minneapolis, Minnesota 55414.

12        6.      Plaintiff is unaware of the names and true capacities of Defendants,

13  whether individual, corporate and/or partnership entities, named herein as DOES 1

14  through 10, inclusive, and therefore sues them by their fictitious names.  Plaintiff will

15  seek leave to amend this complaint when their true names and capacities are

16  ascertained.  Plaintiff is informed and believes and based thereon alleges that said

17  Defendant and DOES 1 through 10, inclusive, are in some manner responsible for the

18  wrongs alleged herein, and that at all times referenced each was the agent and servant

19  of the other Defendant and was acting within the course and scope of said agency and

20  employment.

21        7.      Plaintiff is informed and believes, and based thereon alleges, that at all

22  relevant times herein, Defendant and DOES 1 through 10, inclusive, knew or

23  reasonably should have known of the acts and behavior alleged herein and the damages

24  caused thereby, and by their inaction ratified and encouraged such acts and behavior.

25  Plaintiff further alleges that Defendant and DOES 1 through 10, inclusive, have a non-

26  delegable duty to prevent or not further such acts and the behavior described herein,

27  which duty Defendant and DOES 1 though 10, inclusive, failed and/or refused to

28  perform.

**COMPLAINT FOR DAMAGES**

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

**A.    Deckers' UGG® Brand**

8.    Deckers has become well known throughout the United States and elsewhere as a source of high quality footwear products identified at least by its UGG® brand of premium footwear.

9.    Deckers' UGG® products are distributed and sold to consumers through retailers throughout the United States at point of sale and on the Internet, including through its website www.uggaustralia.com.

10.    Deckers has spent substantial time, effort, and money in designing, developing, advertising, promoting, and marketing its famous UGG® Australia line of footwear.  Deckers' efforts have been successful and Deckers has sold a substantial amount of UGG® Australia footwear.

11.    Many of Deckers' UGG® footwear designs are protected by design patents issued by the United States Patent and Trademark Office, which include but is not limited to U.S. Reg. No. D599,999 for the "Single Bailey Button Boot" (issued on September 15, 2009).  Attached hereto and incorporated herein as Exhibit 1 is a true and correct copy of the design patent registration for Deckers' Single Bailey Button Boot.

12.    Deckers is the lawful assignee of all right, title, and interest in and to the design patent for the Single Bailey Button Boot.

**B.    Defendant's Infringement of the Single Bailey Button Boot Design Patent**

13.    Upon information and belief, Plaintiff hereon avers that Defendant Minnetonka Moccasin Company, Inc. ("Minnetonka") is in the business of manufacturing, designing, advertising, distributing, and selling footwear under the brand name "MINNETONKA."  Defendant's footwear is available for sale at various retail stores nationwide, including many located within this judicial district.

14.     It has recently come to Plaintiff's attention that Defendant has offered and is currently advertising, offering for sale, and selling footwear bearing a design that infringes upon Plaintiff's Single Bailey Button Boot Design Patent ("Infringing Products")

     

**Ugg Design Patent No. D599,999**          **Minnetonka's Boot**

15.     Deckers has not granted a license or any other form of permission to Defendant with respect to the Single Bailey Button Boot design.

## FIRST CLAIM FOR RELIEF

### (Patent Infringement – 35 U.S.C. § 271)

16.     Plaintiff incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

17.     Plaintiff Deckers Outdoor Corporation is the owner by assignment of all right, title and interest in and to the design patent for the Single Bailey Button Boot.

18.     Defendant has knowingly and intentionally manufactured, caused to be produced, distributed, advertised, marketed, offered for sale, and/or sold footwear that infringes upon the design patent for the Single Bailey Button Boot in direct violation of 35 U.S.C. § 271.

19.     Defendant's use of the Single Bailey Button Boot design is without Plaintiff's permission or authority and is in total disregard of Plaintiff's right to control its intellectual property.

20.     As a direct and proximate result of Defendant's infringing conduct, Plaintiff has been injured and will continue to suffer injury to its business and

1 | reputation unless Defendant is restrained by this Court from infringing Plaintiff's
2 | design patents.

3 |     21.     Defendant's acts have damaged and will continue to damage Plaintiff, and
4 | Plaintiff has no adequate remedy at law.

5 |     22.     On information and belief, Defendant's acts herein complained of
6 | constitute willful acts and intentional infringement of the Single Bailey Button Boot
7 | design.

8 |     23.     In light of the foregoing, Plaintiff is entitled to injunctive relief
9 | prohibiting Defendant from using the Single Bailey Button Boot design and to recover
10 | from Defendant all damages, including attorneys' fees, that Plaintiff has sustained and
11 | will sustain as a result of such infringing acts, and all gains, profits and advantages
12 | obtained by Defendant as a result thereof, in an amount to be determined, which
13 | amount can be trebled under 35 U.S.C. § 284.

14 | ### SECOND CLAIM FOR RELIEF
15 | ### Unfair Competition Under California Common Law

16 |     24.     Plaintiff incorporates herein by reference the averments of the preceding
17 | paragraphs as though fully set forth herein.

18 |     25.     Defendant's infringement of Plaintiff's Single Bailey Button Boot design
19 | constitutes unfair competition in violation of the common law of the State of
20 | California.

21 |     26.     Plaintiff has no adequate remedy at law to compensate it fully for the
22 | damages that have been caused and which will continue to be caused by Defendant's
23 | infringing conduct, unless it is enjoined by this Court.

24 |     27.     In light of the foregoing, Plaintiff is entitled to injunctive relief
25 | prohibiting Defendant from using the Single Bailey Button Boot design, and to recover
26 | all damages, including attorneys' fees, that Plaintiff has sustained and will sustain, and
27 | all gains, profits and advantages obtained by Defendant as a result of its infringing acts
28 | alleged above in an amount not yet known, and the costs of this action.

28.     The conduct herein complained of was extreme, outrageous, fraudulent, and was inflicted on Plaintiff in reckless disregard of Plaintiff's rights.  Said conduct was despicable and harmful to Plaintiff and as such supports an award of exemplary and punitive damages in an amount sufficient to punish and make an example of Defendant, and to deter it from similar such conduct in the future.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant, as follows:

1.     A Judgment that Defendant has infringed upon Plaintiff's design patent for the Single Bailey Button Boot in violation of 35 U.S.C. § 271 and that Defendant's infringement was willful;

2.     An order granting temporary, preliminary and permanent injunctive relief restraining and enjoining Defendant, its officers, agents, employees, and attorneys, and all those persons or entities in active concert or participation with them from:

(a)     manufacturing, importing, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling any products that infringe upon any of Deckers' design patents, including but not limited to the Infringing Products;

(b)     engaging in any other activity constituting unfair competition with Plaintiff, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements used or owned by or associated with Plaintiff; and

(c)     committing any other act which falsely represents or which has the effect of falsely representing that the goods and services of Defendant are licensed by, authorized by, offered by, produced by, sponsored by, or in any other way associated with Plaintiff;

3.     Ordering Defendant to recall from any distributors and retailers and to deliver to Plaintiff for destruction or other disposition all remaining inventory of all

1 | Infringing Products and related items, including all advertisements, promotional and
2 | marketing materials therefore, as well as means of making same;

3 |      4.    Ordering Defendant to file with this Court and serve on Plaintiff within
4 | thirty (30) days after entry of the injunction a report in writing, under oath setting forth
5 | in detail the manner and form in which Defendant has complied with the injunction;

6 |      5.    Ordering an accounting by Defendant of all gains, profits and advantages
7 | derived from their wrongful acts;

8 |      6.    Awarding Plaintiff all of Defendant's profits and all damages sustained by
9 | Plaintiff as a result of Defendant's wrongful acts, and such other compensatory
10 | damages as the Court determines to be fair and appropriate;

11 |      7.    Increasing the damages up to three times the amount found or assessed
12 | under 35 U.S.C. § 284;

13 |      8.    Awarding applicable interest, costs, disbursements and attorneys' fees;

14 |      9.    Finding that this is an exceptional case under 35 U.S.C. § 285 and
15 | awarding attorneys' fees there under;

16 |      10.    Awarding Plaintiff's punitive damages in connection with its claims under
17 | California law; and

18 |      11.    Such other relief as may be just and proper.

19 |
20 | Dated:  December 28, 2012        BLAKELY LAW GROUP
21 |
22 |         By:
23 |              Brent H. Blakely
             Cindy Chan
24 |              *Attorneys for Plaintiff*
             *Deckers Outdoor Corporation*
25 |
26 |
27 |
28 |

**COMPLAINT FOR DAMAGES**

1

## **DEMAND FOR JURY TRIAL**

2

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby

3

demands a trial by jury as to all claims in this litigation.

4

5

Dated:  December 28, 2012

BLAKELY LAW GROUP

6

7

By: _____

8

Brent H. Blakely

Cindy Chan

9

*Attorneys for Plaintiff*

*Deckers Outdoor Corporation*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES

US00D599999S

(12) **United States Design Patent**
MacIntyre

(10) Patent No.: **US D599,999 S**
(45) Date of Patent: ** **Sep. 15, 2009**

(54) **PORTION OF A FOOTWEAR UPPER**

(75) Inventor: **Jennifer MacIntyre**, Santa Barbara, CA (US)

(73) Assignee: **Deckers Outdoor Corporation**, Goleta, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/326,868**

(22) Filed: **Oct. 27, 2008**

(51) LOC (9) Cl. .................................................. **02-99**
(52) U.S. Cl. ............................. **D2/970**; D2/911; D2/946
(58) Field of Classification Search ................ D2/896,
D2/909–915, 946, 970, 973, 974; 36/45,
36/50.1, 83, 3 A, 7.1 R, 113
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D125,568 | S | * | 3/1941 | Hard | D2/911 |
| D155,573 | S | * | 10/1949 | Bingham | D2/910 |
| D159,577 | S | * | 8/1950 | Stromberg | D2/900 |
| D159,761 | S | * | 8/1950 | Barron | D2/910 |
| D227,197 | S | * | 6/1973 | Fukuoka | D2/910 |
| D319,332 | S | * | 8/1991 | Itzkowitz | D2/910 |
| D481,863 | S | * | 11/2003 | Belley et al. | D2/970 |
| D529,269 | S | * | 10/2006 | Belley et al. | D2/970 |
| D539,024 | S | | 3/2007 | Belley et al. | |
| D581,140 | S | | 11/2008 | Earle | |

FOREIGN PATENT DOCUMENTS

DE      40702148      8/2007

EP      00718002-0006      4/2007

OTHER PUBLICATIONS

UGG Australia, Bipster model, p. 1, Oct. 3, 2008.
UGG Australia, Henry model, p. 1, Oct. 3, 2008.
UGG Australia, Erin model, p. 1, Oct. 3, 2008.
UGG Australia, Cove model, p. 1, Oct. 27, 2008.
UGG Australia, Kona model, p. 1, Oct. 27, 2008.
Catalogue Moscow Shoes, summer 2006, p. 2 top center.
Steve Madden MISSYY Brown Suede boot, www.jildorshoes.com,
Dec. 9, 2008.

* cited by examiner

*Primary Examiner*—Stella M Reid
*Assistant Examiner*—Rashida C McCoy
(74) *Attorney, Agent, or Firm*—Greer, Burns & Crain, Ltd.

(57) **CLAIM**

The ornamental design for a portion of a footwear upper, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a portion of a footwear upper showing my new design;

FIG. 2 is a side elevational view thereof;

FIG. 3 is an opposite side elevational view thereof;

FIG. 4 is a front elevational view thereof;

FIG. 5 is a rear elevational view thereof;

FIG. 6 is a top plan view thereof; and,

FIG. 7 is a bottom plan view thereof.

The broken lines in FIGS. 1–7 represent portions of the footwear that form no part of the claimed design. The broken line which defines the bounds of the claimed design forms no part thereof.

**1 Claim, 6 Drawing Sheets**







FIG. 1



FIG. 2



FIG. 3



FIG. 5



FIG. 4



FIG. 6



FIG. 7

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| DECKERS OUTDOOR CORPORATION | MINNETONKA MOCCASIN COMPANY, INC. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>BLAKELY LAW GROUP<br>915 North Citrus Avenue, Hollywood, California 90038<br>Telephone: (323) 464-7400 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☑ MONEY DEMANDED IN COMPLAINT: $ 100,000+

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Patent Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☑ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

## CV12-11022

FOR OFFICE USE ONLY:   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item **(b)**.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SANTA BARBARA | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item **(c)**.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | MINNESOTA |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 12/28/2012

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |